# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | Nos. 2310 and 2377 Disciplinary Docket |
| | : | No. 3 |
| Petitioner | : | |
| | : | No. 167 DB 2016 |
| v. | : | |
| | : | Attorney Registration No. 62355 |
| ELIZABETH JENNIFER BARTOLAI, | : | |
| | : | (Luzerne County) |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 18th day of August, 2017, upon consideration of the Verified Statement of Resignation, Elizabeth Jennifer Bartolai is disbarred on consent from the Bar of the Commonwealth of Pennsylvania, *see* Pa. R.D.E. 215, and she shall comply with the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).